### 16312.   ALMA STATE BANK *v.* HERRIN *et al.*

PER CURIAM. The verdict is amply supported by the evidence, and there being no error of law complained of, the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 14, 1925.

Complaint; from Bacon superior court—Judge Reed.   February 10, 1925.

*E. H. Williams,* for plaintiff.

*I. J. Bussell,* for defendants.